UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANDRA ELLIOTT & THE ESTATE OF ASHER TAMARA GLACE<br>    Plaintiffs<br>  vs.<br><br>CITY OF HARTFORD POLICE DEPARTMENT & STATE OF CONNECTICUT OFFICE OF THE STATE ATTORNEY<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.:<br>3:09 CV 00948 (AWT)<br><br><br><br><br><br><br><br>August 31, 2009 |

## APPEARANCE

Please enter my appearance as Attorney for the Defendant, City of Hartford Police Department in the above-entitled case.

            THE DEFENDANT,
            CITY OF HARTFORD POLICE DEPARTMENT

            BY: \s_____
            Jonathan H. Beamon
            Assistant Corporation Counsel
            Its Attorney
            550 Main Street
            Hartford, CT 06103
            Federal Bar No. ct22937
            Telephone (860) 757-9700
            Facsimile (860) 722-8114
            Email : beamj001@hartford.gov

2

## **CERTIFICATION**

      This is to certify that on this August 31, 2009, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF System.

Richard C. Gordon, Esq.
697 Blue Hills Avenue
Hartford, CT   06112

Office of the State's Attorney
101 Lafayette Street
Hartford, CT   06106

\s_____
Jonathan H. Beamon

2