UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANDRA ELLIOTT, ADMINISTRATOR | : | CIVIL ACTION NO.3:09CV948 (AWT) |
| | : | |
| v. | : | |
| | : | |
| CITY OF HARTFORD POLICE DEPARTMENT, ET AL. | : | SEPTEMBER 1, 2009 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant State of Connecticut Office of the State's Attorney only, in the above-captioned case.

Dated at Hartford, Connecticut, this 1st day of September, 2009.

DEFENDANT:
STATE OF CONNECTICUT
OFFICE OF THE STATE'S ATTORNEY

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:   /s/ Terrence M. O'Neill
Terrence M. O'Neill
Assistant Attorney General
Federal Bar No. ct10835
110 Sherman Street
Hartford, CT  06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
terrence.oneill@po.state.ct.us

**CERTIFICATION**

I hereby certify that on September 1, 2009, a copy of the foregoing Appearance was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    /s/ Terrence M. O'Neill
Terrence M. O'Neill
Assistant Attorney General
Federal Bar No. ct10835
110 Sherman Street
Hartford, CT  06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
terrence.oneill@po.state.ct.us