UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANDRA ELLIOTT, ADMINISTRATOR | : | CIVIL ACTION NO.3:09CV948 (AWT) |
| | : | |
| v. | : | |
| | : | |
| CITY OF HARTFORD POLICE | : | |
| DEPARTMENT, ET AL. | : | SEPTEMBER 1, 2009 |

## MOTION FOR ENLARGEMENT OF TIME

Defendant State of Connecticut Office of the State's Attorney moves for an enlargement of time of 60 days, to and including November 1, 2009, or until such time as is agreed in the parties Rule 26(f) Report, in which to respond to the complaint in this matter.  In support of this motion, the undersigned represents that the allegations in the complaint arise from the murder of a material witness to a crime, resulting in additional criminal prosecutions.  The documentation relating to these underlying criminal matters is substantial and will require additional time review.  In addition, the plaintiff's complaint raises novel theories of liability that will require further research before a response may be filed.

On this date, the undersigned attempted to contact Attorney Richard Gordon, counsel for the plaintiff, to ascertain his position on the motion, but was unsuccessful.  This is the defendant's first motion for an enlargement of time to respond to the plaintiff's complaint.

```
                                    DEFENDANT:
                                    STATE OF CONNECTICUT
                                    OFFICE OF THE STATE'S ATTORNEY

                                    RICHARD BLUMENTHAL
                                    ATTORNEY GENERAL


                         BY:    __/s/ Terrence M. O'Neill_____
                                    Terrence M. O'Neill
                                    Assistant Attorney General
                                    Federal Bar No. ct10835
                                    110 Sherman Street
                                    Hartford, CT  06105
                                    Tel.: (860) 808-5450
                                    Fax: (860) 808-5591
                                    terrence.oneill@po.state.ct.us
```

## CERTIFICATION

I hereby certify that on September 1, 2009, a copy of the foregoing Motion for Enlargement of Time was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

```
                                    __/s/ Terrence M. O'Neill_____
                                    Terrence M. O'Neill
                                    Assistant Attorney General
                                    Federal Bar No. ct10835
                                    110 Sherman Street
                                    Hartford, CT  06105
                                    Tel.: (860) 808-5450
                                    Fax: (860) 808-5591
                                    terrence.oneill@po.state.ct.us
```