UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA ELLIOTT & THE ESTATE OF ASHER TAMARA GLACE<br>　　　Plaintiffs<br>　vs.<br><br>CITY OF HARTFORD POLICE DEPARTMENT & STATE OF CONNECTICUT OFFICE OF THE STATE ATTORNEY<br>　　　Defendants | : CIVIL ACTION NO.:<br>: 3:09 CV 00948 (AWT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: OCTOBER 19, 2009 |

## MOTION FOR EXTENSION OF TIME *NUNC PRO TUNC*

The Defendant City of Hartford Police Department respectfully requests an extension of time, *nunc pro tunc*, of forty-five (45) days, up to and including November 1, 2009 within which to file a motion to dismiss and/or a responsive pleading and represents as follows:

1.　On June 17, 2009, the Court entered pretrial deadlines for the instant case, including a deadline to file motion to dismiss on September 16, 2009.

2.　On August 17, 2009, the City of Hartford Town and City Clerk received the complaint.  The Defendant City of Hartford Police Department filed an appearance on August 31, 2009.

      3.      The undersigned counsel believes that there are sufficient grounds for a motion to dismiss the claims against the Defendant City of Hartford Police Department, which would limit the issues required to be tried.

      4.      The undersigned counsel has contacted counsel for the Plaintiff and the Defendant State of Connecticut. The Defendant City of Hartford Police Department has not been able to ascertain if either counsel objects to the instant motion.

      5.      This is Defendant City of Hartford Police Department's first motion to extend the pretrial deadlines.

WHEREFORE, the Defendant City of Hartford Police Department respectfully moves this Court to grant its Motion for Extension of Time.

THE DEFENDANT
CITY OF HARTFORD POLICE DEPARTMENT

BY: /s/ Jonathan H. Beamon
Jonathan H. Beamon
Assistant Corporation Counsel
Its Attorney
550 Main Street
Hartford, CT 06103
Federal Bar No. ct22937
Telephone (860) 757-9700
Facsimile (860) 722-8114
Email : beamj001@hartford.gov

## **CERTIFICATION**

  This is to certify that on October 19, 2009, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

Richard C. Gordon, Esq.
697 Blue Hills Avenue
Hartford, CT   06112

Terrence M. O'Neill, Esq.
Assistant Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, CT   06105

                /s/  Jonathan H. Beamon
                Jonathan H. Beamon