UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANDRA ELLIOTT & THE ESTATE OF ASHER TAMARA GLACE<br>       Plaintiffs<br>  vs.<br><br>CITY OF HARTFORD POLICE DEPARTMENT & STATE OF CONNECTICUT OFFICE OF THE STATE ATTORNEY<br>       Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.:<br>3:09 CV 00948 (AWT)<br><br><br><br><br><br><br><br>OCTOBER 28, 2009 |

### DEFENDANT CITY OF HARTFORD POLICE DEPARTMENT'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Defendant, City of Hartford Police Department, moves to dismiss Counts One, Four and Five of the Plaintiff's Complaint dated June 15, 2009. Specifically, Counts One, Four and Five fail to state claims upon which relief can be granted. In support of this motion, the defendant submits the accompanying Memorandum of Law.

**ORAL ARGUMENT IS NOT REQUESTED**

          THE DEFENDANT
CITY OF HARTFORD POLICE
DEPARTMENT

BY:/s/ Jonathan H. Beamon
Jonathan H. Beamon
Assistant Corporation Counsel
Its Attorney
550 Main Street
Hartford, CT 06103
Federal Bar No. ct22937
Telephone (860) 757-9700
Facsimile (860) 722-8114
Email : beamj001@hartford.gov

## CERTIFICATION

This is to certify that on October 28, 2009, a copy of the foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

Richard C. Gordon, Esq.
697 Blue Hills Avenue
Hartford, CT   06112

Terrence M. O'Neill, Esq.
Assistant Attorney General
100 Sherman Street
Hartford, CT   06105

          /s/ Jonathan H. Beamon
Jonathan H. Beamon