CT/cvmhrg (7/27/09)

HONORABLE Thompson
DEPUTY CLERK Smith   RPTR/~~ERO/TAPE~~ Huntington

TOTAL TIME: ___ hours **37** minutes

DATE **5/17/10**   START TIME **4:00pm**   END TIME **4:37pm**
LUNCH RECESS FROM ___/___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. **09CV948**

**Elliott**
vs.
**Hartford Police Dept, et al.**

Richard Gordon
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Terrence O'Neill
Defendants Counsel
Jonathan Beamon

## COURTROOM MINUTES - CIVIL (check one box)

☑ **Status Conference**
☑ ~~(mhrgh) Motion Hearing~~
☐ (confmhrg.) Confirmation Hearing
☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing
☐ (fairhrg.) Fairness Hearing
☐ (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

☑ ....#**10**   Motion **to dismiss - granted with leave to replead within 30 days**   ☑ granted ☐ denied ☐ advisement

☑ .... **Case will be reffered to PJO Jim Hawkins for status conference. Plaintiff must attend.**

Hearing continued until ___ at ___