UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANDRA ELLIOTT & THE ESTATE OF ASHER TAMARA GLACE | : | CIVIL ACTION NO.: |
| | : | 3:09 CV 00948 (AWT) |
| Plaintiffs | : | |
| vs. | : | |
| | : | |
| DARYL ROBERTS, THE CITY OF HARTFORD, CHRISTOPHER MORANO & KEVIN KANE | : | |
| | : | |
| Defendants | : | JUNE 29, 2010 |

## APPEARANCE

Please enter my appearance as Attorney for the Defendants Daryl Roberts and the City of Hartford in the above-entitled case.

        THE DEFENDANTS
        DARYL ROBERTS &
        THE CITY OF HARTFORD

        BY: \s\ Jonathan H. Beamon
        Jonathan H. Beamon
        Assistant Corporation Counsel
        Their Attorney
        550 Main Street
        Hartford, CT 06103
        Federal Bar No. ct22937
        Telephone (860) 757-9700
        Facsimile (860) 722-8114
        Email : beamj001@hartford.gov

## **CERTIFICATION**

This is to certify that on June 29, 2010, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

Richard C. Gordon, Esq.
697 Blue Hills Avenue
Hartford, CT   06112

Terrence M. O'Neill, Esq.
Assistant Attorney General
100 Sherman Street
Hartford, CT   06105

/s/ Jonathan H. Beamon
Jonathan H. Beamon