UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANDRA ELLIOTT & THE ESTATE OF ASHER TAMARA GLACE<br>　　　Plaintiffs<br>　vs.<br><br>DARYL ROBERTS, THE CITY OF HARTFORD, CHRISTOPHER MORANO & KEVIN KANE<br>　　　Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.:<br>3:09 CV 00948 (AWT)<br><br><br><br><br><br><br><br>JUNE 30, 2010 |

**DEFENDANT DARYL ROBERTS & THE CITY OF HARTFORD'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Defendants Daryl Roberts and the City of Hartford move to dismiss Counts One, Two, Three, Seven, Nine, Eleven, Thirteen and Fifteen of the Plaintiff's Second Amended Complaint. Specifically, the above listed Counts fail to state claims upon which relief can be granted. In support of this motion, the Defendants submit the accompanying Memorandum of Law.

**ORAL ARGUMENT IS NOT REQUESTED**

                                            THE DEFENDANTS
                                            DARYL ROBERTS &
                                            THE CITY OF HARTFORD

                                            BY:/s/ Jonathan H. Beamon
                                            Jonathan H. Beamon
                                            Assistant Corporation Counsel
                                            Its Attorney
                                            550 Main Street
                                            Hartford, CT 06103
                                            Federal Bar No. ct22937
                                            Telephone (860) 757-9700
                                            Facsimile (860) 722-8114
                                            Email : beamj001@hartford.gov

## **CERTIFICATION**

This is to certify that on June 30, 2010, a copy of the foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

Richard C. Gordon, Esq.
697 Blue Hills Avenue
Hartford, CT   06112

Terrence M. O'Neill, Esq.
Assistant Attorney General
100 Sherman Street
Hartford, CT   06105

                                            /s/ Jonathan H. Beamon
                                            Jonathan H. Beamon