```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

-----------------------------------x
SANDRA ELLIOTT, individually and   :
as the Administratrix of the       :
estate of Asher Tamara Glace,      :
                                   :
          Plaintiff,               :
                                   :
v.                                 :   CASE NO. 3:09CV00948(AWT)
                                   :
CITY OF HARTFORD, et al.,          :
                                   :
          Defendants.              :
-----------------------------------x

### NOTICE AND ORDER

The parties have failed to file a "Form 26(f) Report of Parties' Planning Meeting".  Accordingly, it is hereby ordered that the defendant State of Connecticut file any motion to dismiss by **August 31, 2010**.

It is so ordered.

Dated this 30th day of July 2010, at Hartford, Connecticut.

                              /s/AWT
                         Alvin W. Thompson
                    United States District Judge