```
                       UNITED STATES DISTRICT COURT
                         DISTRICT OF CONNECTICUT

---------------------------------x
SANDRA ELLIOTT, individually and  :
as the Administratrix of the      :
estate of Asher Tamara Glace,     :
                                  :
          Plaintiff,              :
                                  :
v.                                :     CASE NO. 3:09CV00948(AWT)
                                  :
CITY OF HARTFORD, et al.,         :
                                  :
          Defendants.             :
---------------------------------x
```

**SCHEDULING ORDER RE MOTIONS TO DISMISS**

In accordance with the conference held today with the court's parajudicial officer, the briefing on the motions to dismiss shall proceed as follows:

1. The defendant State of Connecticut's motion to dismiss is due by August 31, 2010.

2. The plaintiff's joint objection to (a) the State of Connecticut's motion and (b) the motion to dismiss by the City of Hartford and Daryl Roberts is due by September 21, 2010.

3. Any replies are due by October 5, 2010.

The court has been advised that service is about to be effected on defendant Christopher Morano and defendant Kevin Kane. If however the requirements of Fed. R. Civ. Pro. Rule 4(m) are not complied with, the court will issue a notice requiring that service be made within two weeks, with the possibility of a sanction of dismissal.

It is so ordered.

Dated this 11th day of August 2010, at Hartford, Connecticut.

```
                                        /s/AWT
                                   _____
                                    Alvin W. Thompson
                               United States District Judge
```