UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANDRA ELLIOT | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO.: 3:09CV0948(AWT) |
| v. | : | |
| | : | |
| DARYL ROBERTS, CHIEF STATE'S | : | |
| ATTORNEYS CHRISTOPHER | : | |
| MORANO AND KEVIN KANE | : | AUGUST 26, 2010 |
|     Defendants | : | |

### MOTION TO DISMISS SECOND AMENDED COMPLAINT

Pursuant to the Federal Rules of Civil Procedure § 12(b)(6), the defendants, Christopher Morano, former Chief State's Attorney, and Kevin Kane, current Chief State's Attorney, respectfully move for dismissal of counts 4, 5, 6, 8, 10, 12, and 14 of the plaintiff's June 16, 2010 second amended complaint. In support of this motion, the defendants assert that, in their official capacity as Chief State's Attorneys; (1) the plaintiff has brought suit against the incorrect parties, (2) defendants are absolutely immune from the plaintiff's claims, (3) defendants are not liable under the theory of Respondeat Superior, (4) defendants had no duty to protect the plaintiff, (5) that defendants are entitled to qualified immunity, (6) the plaintiff's common law claims are barred by the Eleventh Amendment and the doctrine of sovereign immunity, and (7) Conn. Gen. Stat. § 4-165 prohibits negligence claims against the state. Therefore, they are entitled to judgment as a matter of law.

Filed herewith is a memorandum of law in support of the defendants' motion.

THE DEFENDANTS:
CHRISTOPHER MORANO
KEVIN KANE

RICHARD M. BLUMENTHAL
ATTORNEY GENERAL

_____s/s_____
Terrence M. O'Neill
Fed. Bar No. ct10835
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel. (860) 808-5450
Fax: (860) 808-5591
Terrence.oneill@ct.gov


## **CERTIFICATION**

I hereby certify that a copy of the foregoing memorandum of law was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Terrence M. O'Neill
Assistant Attorney General