UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



2010 OCT 14  P 1:41

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| **Sandra Elliott, individually and as the Administratrix of the Estate of Asher Tamara Glace**  :<br><br>**Plaintiffs**  :<br><br>vs.  :<br><br>**City of Hartford Police Department**  :<br>**State of Connecticut Office of the**  :<br>**State Attorney (Hartford)**  :<br><br>**Defendants**  : | **CIVIL ACTION NO.:**<br>**309-cv-00948 (AWT)**<br><br>**October 14, 2010**<br><br>**MOTION FOR EXTENSION OF TIME** |

## SUPPLEMENT TO MOTION FOR EXTENSION OF TIME

1. Pursuant to Local Rule 7 (b), and FRCP 6 (b), Plaintiffs Sandra Elliott, individually and as the Administratrix of the Estate of Asher Tamara Glace, by and through their attorney, Richard C. Gordon, respectfully request an extension of time of one day (1)) to October 13, 2010 to file responses to Defendants' motions to dismiss.

2. On October 12, 2010, Plaintiffs' counsels' computer network "crashed" causing a complete shutdown of his ability to print or transmit data electronically.

3. That his local provider represented that they would send a technician to repair the network, but as of **4:26 p.m.** the technician had not appeared. Attached hereto is a copy of the work order completed by Comcast reflecting that the work was done at 4:43 pm, well after the promised completion time of 3:00 pm. **[emphasis added] Exhibit # 1**

4. That Plaintiff will provide their responses to defendants motions to dismiss by October 13, 2010.

5. Plaintiff counsel has sought the consent of both his adversaries but was only able to engage their voice mails where he left messages.
6. The undersigned counsel believes the Defendants will not be prejudiced by this request for an extension of time especially given the short period of time requested.
7. This is Plaintiffs' second motion requesting an extension of time.

WHEREFORE, the Plaintiffs respectfully move this court to grant their motion for an extension of time.

_____
Richard C. Gordon, Esq.,
Counsel for Plaintiffs, Fed Juris #27288
697 Blue Hills Avenue
Hartford, CT 06112
(860) 534-0547
(860) 656-6889 FAX
Email: Therichard_06002@yahoo.com

10/14/2010
Dated

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sandra Elliott, individually and as the Administratrix of the Estate of Asher Tamara Glace　　　　　　　　　　: : : : | |
| Plaintiffs　　　　　　　　　　: : | CIVIL ACTION NO.: |
| vs.　　　　　　　　　　: : | 309-cv-00948 (AWT) |
| City of Hartford Police Department State of Connecticut Office of the State Attorney (Hartford)　　　　　　　　　　: : : : | October 12, 2010 |
| Defendants　　　　　　　　　　: : | MOTION FOR EXTENSION OF TIME |

### ORDER FOR MOTION FOR EXTENSION OF TIME

**IT IS HEREBY ORDERED** that Plaintiffs' motion for an extension of time to respond to Defendants' motions to dismiss be granted to October 13, 2010

_____                                    _____
Date d                                                                         Hon. Thompson, U.S.D.J.

## CERTIFICATION

This is to certify that on October 13, 2010, a copy of the foregoing motion was filed with the clerk of court and copies were mailed to the Defendants.

_____          10/14/2010
Richard C. Gordon, Esq.,                          Dated
Counsel for Plaintiffs, Fed Juris #27288
697 Blue Hills Avenue
Hartford, CT 06112
(860) 534-0547
(860) 656-6889 FAX
Email: Therichard_06002@yahoo.com

EXHIBIT # 1


**YAHOO!® MAIL** Classic

**summary of comcast services 10/12/10**                          Tuesday, October 12, 2010 5:52 PM
**From:** "Marc Lucier" <mlucier1532@live.com>
**To:** therichard_06002@yahoo.com

summary of comcast services 10/12/10

Job ID: 218968
Type: H5
Type Desc: T/C XI
Tech: 1532
ResCd: [777][655]
FC: 187734001
Create: 10/08/2010 18:18
Schd: 10/12/2010
CpTime: 10/12/2010 17:43
DS: COMPLETE
TS: 2-5
Units: 14
ReaCd: [34]
ReaDesc: [XI-NO BLKSYNC]
Addr: 697 BLUE HILLS AVE APT FL1
City: HARTFORD, CT 06112-1211
Name: GORDON,RICHARD
Home #: 860-206-1716
Work #:
First #: 860-830-3615
Map CD: MCC3B
Registration Code:
Head End: 32
Job Cmt: NO INTERNET - KEEPS GOING IN AND OUT // CALL AHEAD NUMBER: 8608303615 // UEI 1220- SUB GETTING INTMT HSI SIG- CM ONLINE BUT SUB UNABLE TO SURF INTMTLY PER DAY- CFTC***ALL LEVELS GOOD, BLK SYNC ON ALL COMCAST EQUIPMENT. CUST-OWNED ROUTER NOT WORKING.
Node:
Delq: $164.79
Cust #: 1206540383470
COD:
ResDesc: [REAUTH CONVRTER][RESET MODEM]
TC Ind:
Cur Bal: $427.95
Cycle Cd: 08
Delq Status:
Days Delq: 32
Drop Tag1: 5220368
Drop Tag2:
Drop Tag3:
Assigned: 10/11/2010 14:26