**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

```
-------------------------------------x
SANDRA ELLIOTT, individually and as  :
Administratrix of the estate of      :
Asher Tamara Glace,                  :
                                     :
           Plaintiffs,               :
                                     :
v.                                   :  CASE NO. 3:09CV00948(AWT)
                                     :
CITY OF HARTFORD; DARYL ROBERTS,     :
individually and in his official     :
capacity as Chief of Police of the   :
City of Hartford Police Department;  :
CHRISTOPHER MORANO, individually and :
in his official capacity as Chief    :
State's Attorney of the State of     :
Connecticut; and KEVIN KANE,         :
individually and in his official     :
capacity as Chief State's Attorney   :
of the State of Connecticut,         :
                                     :
           Defendants.               :
-------------------------------------x
```

<u>**ORDER RE CHANGING CAPTION**</u>

In light of the Second Amended Complaint (Doc. No. 16) and other papers submitted by the parties, the caption in this case should be changed to read as set forth above.  The Clerk's Office is directed to make the appropriate changes on the docket sheet.

It is so ordered.

Dated this 17th day of March 2011, at Hartford, Connecticut.


_____
            /s/AWT
        Alvin W. Thompson
    United States District Judge