## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANDRA ELLIOTT, ADMINISTRATOR | : | CIVIL ACTION NO.3:09CV948 (AWT) |
| | : | |
| v. | : | |
| | : | |
| CITY OF HARTFORD POLICE | : | |
| DEPARTMENT, ET AL. | : | MARCH 21, 2011 |

## **MOTION FOR CONTINUANCE**

Defendants Christopher Morano and Kevin Kane move for a continuance of the status conference scheduled in this matter for Friday, March 25, 2011. In support of this motion, the undersigned represents that he is scheduled for a jury trial before Judge Underhill in the case of *Lopez v. Dzurenda*, 3:08CV161 (SRU). The parties in that case have already chosen a jury and are scheduled for a four day trial beginning on Tuesday March 22, 2011.

Wherefore, for the foregoing reason, the defendants move for a continuance of the status conference.

DEFENDANT:
STATE OF CONNECTICUT
OFFICE OF THE STATE'S ATTORNEY

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:   \_\_/s/ Terrence M. O'Neill_____
Terrence M. O'Neill
Assistant Attorney General
Federal Bar No. ct10835
110 Sherman Street
Hartford, CT  06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
terrence.oneill@ct.gov

## CERTIFICATION

I hereby certify that on March 21, 2011 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

\_\_/s/ Terrence M. O'Neill_____
Terrence M. O'Neill