UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA ELLIOTT, ADMINISTRATOR : | CIVIL ACTION NO.3:09CV948 (AWT) |
| v. : | |
| CITY OF HARTFORD POLICE : | |
| DEPARTMENT, ET AL. : | APRIL 11, 2011 |

## JOINT SCHEDULING ORDER

Pursuant to the discussions of counsel and Parajudicial Officer James Hawkins, the parties consent to and propose the following joint scheduling order:

1. Not later than May 16, 2011 defendants shall serve their motions for summary judgment and all supporting papers on plaintiff's counsel.

2. Plaintiffs may take any discovery addressed to the issues raised on summary judgment until the time responses to the motions for summary judgment are due to be served. Plaintiffs shall serve their responses to the summary judgment motions not later than October 16, 2011.

3. The defendants may serve their replies not later than October 30, 2011.

4. Counsel for the moving parties shall hold all supporting and opposing papers on the motion for summary judgment until October 30, 2011, at which time they shall docket all papers in support of and in opposition to the motions for summary judgment.

Because there is a pending criminal prosecution that is material to this civil action, except as set forth above, all discovery and other proceedings in this case shall be stayed until further order of the court.

DEFENDANT:
STATE OF CONNECTICUT
OFFICE OF THE STATE'S ATTORNEY

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:     /s/ Terrence M. O'Neill
Terrence M. O'Neill
Assistant Attorney General
Federal Bar No. ct10835
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
terrence.oneill@ct.gov

### **CERTIFICATION**

I hereby certify that on April 11, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Terrence M. O'Neill
Terrence M. O'Neill
Assistant Attorney General