UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **Sandra Elliott, individually and as the Administratrix of the Estate of Asher Tamara Glace** | : : : : | |
| **Plaintiffs** | : : | |
| vs. | : : : | CIVIL ACTION NO.: 309-cv-00948 (AWT) |
| **City of Hartford Police Department State of Connecticut Office of the State Attorney (Hartford)** | : : : : | September 15, 2011 |
| **Defendants** | : : : | MOTION FOR EXTENSION OF TIME |

## MOTION FOR EXTENSION OF TIME

1. Pursuant to Local Rule 7 (b), and FRCP 6 (b), Plaintiffs Sandra Elliott, individually and as the Administratrix of the Estate of Asher Tamara Glace, by and through their attorney, Richard C. Gordon, Esq., respectfully request an extension of time of two months (60 days) to December 31, 2011 to complete discovery with respect to defendants' motions for summary judgment

2. March 31, 2011, the parties met for a status conference and all parties agreed pursuant to a Joint Scheduling Order dated April 11, 2011 that defendants would file their motions for summary judgment by May 16, 2011 along with supporting papers to plaintiffs' counsel.

3. Pursuant to the scheduling order, plaintiff could take any discovery addressed to the issues raised on summary judgment until the time for responses to the motions for summary judgments are due to be served.

4. Plaintiffs are also required by the Joint Scheduling Order to file responses by October 16, 2011, but counsel for the moving parties shall hold all supporting and opposing papers on the motion for summary judgment until October 30, 2011.

5. Because of the related criminal matters are pending all discovery and proceedings in the case are stayed until further order of the court.

6. Since May 2011, plaintiffs' counsel had become very ill necessitating his undergoing a surgical procedure.

7. This procedure had caused plaintiff counsel to temporarily suspend aspects of his practice for two months.

8. Because of the circumstances herein represented by plaintiffs' counsel he was not able to fulfill the full scope of his discovery on behalf of the plaintiffs in order to contest the defendants' pending motions for summary judgment.

9. Plaintiff has previously requested an extension of time on September 19, 2010 because plaintiffs' counsel's wife was "gravely ill", but he has not previously requested a motion for an extension of time with respect to the motions for summary judgment..

10. Plaintiffs' counsel has sought and received consent from both opposing counsels for defendants, Mr. O'neill and Mr. Beamon.

11. The undersigned counsel believes the defendants will not be prejudiced by this request for an extension of time primarily because most of the discovery in this matter is stayed pending resolution of the related criminal prosecutions.

WHEREFORE, for good cause shown, the Plaintiffs respectfully move this court to grant their motion for an extension of time.


_____          _____
**/S/** Richard C. Gordon, Esq.,                                Dated
Counsel for Plaintiffs, Fed Juris #27288
697 Blue Hills Avenue
Hartford, CT 06112
(860) 534-0547
(860) 656-6889 FAX
Email:  Therichard_06002@yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

**Sandra Elliott, individually and as the** :
**Administratrix of the Estate of Asher** :
**Tamara Glace** :
                                                                       :
       **Plaintiffs** :
                                                                          : CIVIL ACTION NO.:
      **vs.**                                                                       : 309-cv-00948 (AWT)
                                                                        :
**City of Hartford Police Department** : September 15, 2011
**State of Connecticut Office of the** :
**State Attorney (Hartford)** :
                                                                        : MOTION FOR EXTENSION OF
      **Defendants**                                                :             TIME
                                                                         :

_____


## ORDER FOR MOTION FOR EXTENSION OF TIME


      **IT IS HEREBY ORDERED** that Plaintiffs' motion for an extension of time to respond to defendants' motions for summary judgment granted to December 31, 2011.


_____                                                                 _____
Dated                                                                     Hon. Thompson, U.S.D.J.

## CERTIFICATION

This is to certify that on September 15, 2011, a copy of the foregoing motion was filed with the clerk of court and copies were mailed to the Defendants.

_____        _____
**/S/** Richard C. Gordon, Esq.,                                      Dated
Counsel for Plaintiffs, Fed Juris #27288
697 Blue Hills Avenue
Hartford, CT 06112
(860) 534-0547
(860) 656-6889 FAX
Email:  Therichard_06002@yahoo.com