UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sandra Elliott, individually and as the Administratrix of the Estate of Asher Tamara Glace : : : : **Plaintiffs** : : vs. : : Daryl Roberts, Individually and in his Official Capacity as Chief of Police for the City of Hartford, The City of Hartford, and The State of Connecticut's Chief State Attorneys Christopher Morano and Kevin Kane, individually and in their Official Capacities. : : **Defendants** : | CIVIL ACTION NO.: 309-cv-00948 (AWT) MOTION TO TAKE LEAVE OF COURT TO DEPOSE INCARCERATED WITNESSES Pursuant to FRCP 30(a)(2) |

**COMES NOW THE PLAINTIFFS** Sandra Elliott individually and as the Administratrix of the estate of Asher Tamara Glace takes leave from the court pursuant to FRCP 30 (a) (2) requesting an order from the court to grant permission to depose Everton Gardner and Stephen Nelson two incarcerated individuals.

In support of this motion the plaintiffs states that:

1. Both individuals are currently under the custody and control of the State of Connecticut Department of Corrections with inmate numbers 315182 and 239902 respectively.

2. That Mr. Gardner was a cellmate of Anthony Thompson, one of the coconspirators responsible for the murder of Asher Tamara Glace.

1

3. That he was the cellmate of Anthony Thompson shortly after Anthony Thompson was extradited from Jamaica and jailed in Connecticut for the Cleveland Café related murder of O'Neil Robinson.

4. That Mr. Gardner testified at a prior hearing that Mr. Anthony Thompson disclosed to him that he intended to use his brother Earl Thompson (Biggs), his indicted coconspirator to murder Ms. Glace to stop her from testifying in the Cleveland café murder case against him.

5. That Mr. Gardner transmitted this information referred to in number three and four above to the State Attorney's Office prior to Ms. Glace's murder.

6. That given these representations, Mr. Gardner is properly deemed a critical witness to prove the plaintiffs' case against the defendants.

7. Secondly, that Mr. Stephen Nelson was a friend of Anthony Thompson and Earl Thompson prior to his 2004 incarceration.

8. That after he was transferred to Walker Correctional Facility in Connecticut, he had occasion to speak to Anthony Thompson about the fact that he intended to murder Asher Tamara Glace among other witnesses again him with respect to the Cleveland Café killing in which he was involve.

9. That Anthony Thompson specifically targeted Asher Tamara Glace because she was the "only eye witness to the Cleveland Café murder."

10. That by eliminating Ms. Glace, Anthony Thompson intended to use self-defense to escape the Cleveland Café murder charge.

11. That Mr. Nelson transmitted the information represented in numbers eight, nine and ten above to the State Attorneys Office prior to Ms. Glace's murder.

12. That given the gravity of the evidence as it pertains to the plaintiffs' case, Mr. Nelson is a critical witness.

13. That the plaintiffs do not intend to tread into privileged areas as they pertain to the witnesses' individual criminal cases.

**FOR THE FORGOING REASONS,** the plaintiffs pray that the court grant the motion requested.

BY Richard C. Gordon, Esq.,
Counsel for the Plaintiffs

BY: BY: /S/ Richard C. Gordon
Richard C. Gordon, Esq., (N.J.)
697 Blue Hills Avenue
Hartford, CT 06112
Juris No.: 27288

Dated: October 19, 2011

3

## CERTIFICATION OF MAILING

The plaintiffs certify and state that copies of this motion was mailed to the defendants counsels at Jonathan Beamon, Esq., Assistant Corporation Counsel for the City of Hartford 550 Main Street, Hartford, CT 06103 Terrence O'Neil, Esq., Assistant Attorney General, Office of The Attorney General of Connecticut, 110 Sherman Street, Hartford, CT 06105 on October 20, 2011.

BY Richard C. Gordon, Esq.,<br>
Counsel for the Plaintiffs<br>
<br>
BY: /S/ Richard C. Gordon<br>
Richard C. Gordon, Esq., (N.J.)<br>
697 Blue Hills Avenue<br>
Hartford, CT 06112<br>
Juris No.: 27288

Dated: October 19, 2011