UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------x
SANDRA ELLIOTT, individually and   :
as the Administratrix of the       :
estate of Asher Tamara Glace,      :
                                   :
          Plaintiff,               :
                                   :
v.                                 :   CASE NO. 3:09CV00948(AWT)
                                   :
CITY OF HARTFORD, et al.,          :
                                   :
          Defendants.              :
-----------------------------------x
```

**SCHEDULING ORDER RE MOTIONS FOR SUMMARY JUDGMENT**

In accordance with the conference held yesterday with the court's parajudicial officer, discovery on the motions for summary judgment shall proceed as follows:

1. The plaintiff will circulate a proposed stipulation of facts no later than December 23, 2011.

2. The defendants will respond in writing no later than January 10, 2012.

3. There will be a further status conference on January 13, 2012 at 2:00 PM to determine if any differences in the proposed stipulation and the responses can be resolved.

4. No depositions will be taken pending the January 13 status conference, with the possible exception of the deposition of former Hartford Police Chief Patrick J. Hartnett, who might be leaving for Florida before January 13, 2012.

It is so ordered.

Dated this 20th day of December 2011, at Hartford, Connecticut.

                                                  /s/
                                      Alvin W. Thompson
                                United States District Judge