UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2011 DEC 16  A 10: 01

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| Sandra Elliott, individually and as the Administratrix of the Estate of Asher Tamara Glace<br><br>Plaintiffs<br><br>vs.<br><br>City of Hartford Police Department<br>State of Connecticut Office of the State Attorney (Hartford)<br><br>Defendants | CIVIL ACTION NO.:<br>309-cv-00948 (AWT)<br><br>December 14, 2011<br><br>MOTION FOR EXTENSION OF TIME |

## MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY

1. Pursuant to Local Rule 7 (b), and FRCP 6 (b), Plaintiffs Sandra Elliott, individually and as the Administratrix of the Estate of Asher Tamara Glace, by and through their attorney, Richard C. Gordon, Esq., respectfully request an extension of time of two months (60 days) to February 28, 2012 to complete discovery with respect to defendants' motions for summary judgment

2. March 31, 2011, the parties met for a status conference and all parties agreed pursuant to a Joint Scheduling Order dated April 11, 2011 that defendants would file their motions for summary judgment by May 16, 2011 along with supporting papers to plaintiffs' counsel.

1

3. Pursuant to the scheduling order, plaintiff could take any discovery addressed to the issues raised on summary judgment until the time for responses to the motions for summary judgments are due to be served.

4. Plaintiffs are also required by the Joint Scheduling Order to file responses by October 16, 2011, but counsel for the moving parties shall hold all supporting and opposing papers on the motion for summary judgment until October 30, 2011.

5. Because of the related criminal matters are pending all discovery and proceedings in the case are stayed until further order of the court.

6. Since May 2011, plaintiffs' counsel had become very ill necessitating his undergoing a surgical procedure.

7. This procedure had caused plaintiff counsel to temporarily suspend aspects of his practice for two months.

8. Because of the circumstances herein represented by plaintiffs' counsel he was not able to fulfill the full scope of his discovery on behalf of the plaintiffs in order to contest the defendants' pending motions for summary judgment.

9. Thereafter plaintiffs' counsel with the joint consent of both defendants' counsels requested an enlargement of time on September 15, 2011 to complete discovery by December 30, 2011.

10. The motion was subsequently granted by the court.

11. Thereafter, subpoenas were served interstate and intrastate upon various witnesses for defendants, with one exception.

12. Around the latter part of November, Terrence O'Neill, Assistant Attorney General and counsel for defendants Kane and Morano was on trial and therefore unavailable to participate in the discovery proceedings.

13. Because Mr. O'Neill was on trial he requested time to prepare and participate in his trial, unencumbered by requests from me with respect to the present matter, and that consideration was extended.

14. On November 16, 2011, I made a request to Mr. James Hawkins for an emergent status conference to discuss some of the problems discussed above.

15. The request was acted upon by Mr. Hawkins and he suggested I file a motion for enlargement of time to complete discovery after securing consent from Mr. Beamon and Mr. O'Neill.

16. Plaintiff has previously requested an extension of time on September 19, 2010 because plaintiffs' counsel's wife was "gravely ill". Since then, plaintiffs' counsel has requested another extension on and September 15, 2011, because counsel was ill.

17. This request is the third and last request for an enlargement of time to complete discovery by February 28, 2012, and for the time to comply via other discovery items to be also enlarged in accordance with the February 28, 2012 date.

18. Plaintiffs' counsel has sought and received consent from both opposing counsels for defendants, Mr. O'neill and Mr. Beamon.

19. The undersigned counsel believes the defendants will not be prejudiced by this request for an extension of time primarily because most of the discovery in this matter is stayed pending resolution of the related criminal prosecutions.

WHEREFORE, for good cause shown, the Plaintiffs respectfully move this court to grant their motion for an extension of time.

/S/ _____         12/14/2011
Richard C. Gordon, Esq.,                          Dated
Counsel for Plaintiffs, Fed Juris #27288
697 Blue Hills Avenue
Hartford, CT 06112
(860) 534-0547
(860) 656-6889 FAX
Email: Therichard_06002@yahoo.com

4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sandra Elliott, individually and as the Administratrix of the Estate of Asher Tamara Glace | : <br> : <br> : <br> : |
| Plaintiffs | : <br> :    CIVIL ACTION NO.: |
| vs. | :    309-cv-00948 (AWT) <br> : |
| City of Hartford Police Department State of Connecticut Office of the State Attorney (Hartford) | :    December 14, 2011 <br> : <br> : <br> :    MOTION FOR EXTENSION OF |
| Defendants | :    TIME <br> : |

## ORDER FOR MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY

20.  **IT IS HEREBY ORDERED** that Plaintiffs' motion for an extension of time to complete discovery and file a response to defendants' motions for summary judgment is hereby granted_____, denied _____ to February 28, 2012, and for the time to comply with other discovery items to be also enlarged in accordance with the February 28, 2012 date.

_____                                       _____
Dated                                                              Hon. Thompson, U.S.D.J.

5

## CERTIFICATION

This is to certify that on December 15, 2011 a copy of the foregoing motion was filed with the clerk of court and copies were mailed to the Defendants.

/S/ _____
Richard C. Gordon, Esq.,
Counsel for Plaintiffs, Fed Juris #27288
697 Blue Hills Avenue
Hartford, CT 06112
(860) 534-0547
(860) 656-6889 FAX
Email: Therichard_06002@yahoo.com

12/14/2011
Dated

6