UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANDRA ELLIOTT & THE ESTATE OF<br>OF ASHER TAMARA GLACE | :<br>: | CIVIL NO. 3:09CV948 (AWT) |
| V. | : | |
| DARLY ROBERTS, THE CITY OF<br>HARTFORD, CHRISTOPHER MORANO<br>AND KEVIN KANE | :<br>:<br>: | JANUARY 13, 2012 |

## APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter our appearance as counsel for the defendants, in the above-captioned case, **in addition to the appearance on record of Assistant Attorney General Terrence M. O'Neill**.

Dated at Hartford, Connecticut, this 13th day of January, 2012.

                                              DEFENDANTS
                                              State of CT, Christopher Morano
                                              and Kevin Kane

                                              GEORGE JEPSEN
                                              ATTORNEY GENERAL

                        BY:_____/s/_____
                                              Zenobia G. Graham-Days
                                              Assistant Attorney General
                                              110 Sherman Street
                                              Hartford, CT  06105
                                              Tel:  (860) 808-5450
                                              Fax:  (860) 808-5591
                                              E-Mail:  aenobia.graham-days@ct.gov
                                              Federal Bar #ct28802

2

## CERTIFICATION

I hereby certify that on January 13, 2012, a copy of the foregoing **Appearance** was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

_____/s/_____
Zenobia G. Graham-Days
Assistant Attorney General