UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SANDRA ELLIOTT, ADMINISTRATOR : | CIVIL ACTION NO.3:09CV948 (AWT) |
| v. : | |
| CITY OF HARTFORD POLICE : | |
| DEPARTMENT, ET AL. : | JANUARY 30, 2012 |

## MOTION TO QUASH AND FOR A PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 45, Defendant Chief State's Attorneys Kevin Kane and Christopher Morano, as well as non-party deponents David Zagaja and James Thomas, move to quash subpoenas served on them, local law enforcement officers and other likely witnesses involved in the prosecution of two pending criminal matters. In support of this motion, the defendants assert that Assistant State's Attorneys David Zagaja and Richard Rubino are prosecuting two individuals charged with the murder of the plaintiff's decedent. Since this action relates to the manner in which the Hartford Police Department and the Office of the Chief State's Attorney provided protection for the decedent, who had witnessed another murder committed by one or more of the assailants currently being prosecuted, it is readily apparent that the depositions that are the subject of this motion would, by their very nature and purpose, invade the prosecutors' thoughts, mental impressions and understanding of the criminal case currently pending in Hartford Superior Court. In order to protect the privileges of the prosecutor, the testimony of the witnesses and the integrity of the underlying criminal case, the motion to quash should be granted and a protective order should issue to effectuate the order quashing the aforementioned deposition subpoenas.

1

Filed herewith is a memorandum of law in support of the defendants' motion.

DEFENDANT:
STATE OF CONNECTICUT
OFFICE OF THE STATE'S ATTORNEY

GEORGE JEPSEN
ATTORNEY GENERAL

BY:    /s/ Terrence M. O'Neill
Terrence M. O'Neill
Assistant Attorney General
Federal Bar No. ct10835
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
terrence.oneill@ct.gov

## CERTIFICATION

I hereby certify that on January 30, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Terrence M. O'Neill
Terrence M. O'Neill
Assistant Attorney General
Federal Bar No. ct10835
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
terrence.oneill@ct.gov