UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANDRA ELLIOTT, individually and as Administratrix of the estate of Asher Tamara Glace, | : : : | CIVIL ACTION NO.: 3:09 CV 00948 (AWT) |
| Plaintiffs, | : | |
| vs. | : : | |
| CITY OF HARTFORD, DARYL ROBERTS, individually and in his official capacity as Chief of Police of the City of Hartford Police Department; CHRISTOPHER MORANO, individually and in his official capacity as Chief State's Attorney of the State of Connecticut; and KEVIN KANE, individually and in his official capacity as Chief State's Attorney of the State of Connecticut, | : : : : : : : : : : | |
| Defendants. | : | FEBRUARY 2, 2012 |

### DEFENDANT CITY OF HARTFORD AND DARYL ROBERTS' OBJECTION TO MOTION FOR LEAVE TO AMEND COMPLAINT

The Defendants City of Hartford and Daryl Roberts hereby object to the Plaintiffs' Motion for Leave to Amend Complaint filed on January 26, 2012. In support of their Objection, the Defendants submit the following:

1.  The Plaintiffs' Second Amended Complaint was filed on or about June 16, 2010. The Court granted the Defendants' Motion to Dismiss in part and denied it in part on March 17, 2011.

2. The Defendants were given permission to file a motion for summary judgment on three claims that the Court did not dismiss. Those three claims are: substantive due process based on the state created danger exception, a <u>Monell</u> claim and a supervisory liability claim. The Defendants sent their motion for summary judgment and memorandum of law to the Plaintiffs in May 2011.

3. The proposed Third Amended Complaint, which was not available to the Defendants until after the Plaintiffs filed their Motion for Leave to Amend, seeks to add three parties – Chief Patrick Harnett, Detective Jerry Bilbo and Detective Michael Sheldon.

4. Those three individuals could have been sued in the original Complaint dated June 16, 2009, as they all must have been known to the Plaintiffs as early as 2005. The Plaintiffs chose not to name them as parties until now.

5. The proposed Third Amended Complaint adds two more causes of action as well as adding new parties. The new causes of action do not relate back, as they present additional facts than those contained in the original complaint. Therefore, the new causes of action should be barred through the statute of limitations, which ran on June 16, 2010.

WHEREFORE, the Defendants City of Hartford and Daryl Roberts object to the Plaintiff's Motion for Leave to Amend the Complaint.

THE DEFENDANTS
CITY OF HARTFORD AND
DARYL ROBERTS

BY /s/ Jonathan H. Beamon
Jonathan H. Beamon
Assistant Corporation Counsel
550 Main Street
Hartford, CT 06103
Federal Bar No. ct22937
Telephone (860) 757-9700
Facsimile (860) 722-8114
Email: beamj001@hartford.gov

## CERTIFICATION

This is to certify that on February 2, 2012, a copy of the foregoing Objection was filed electronically. Parties may access this filing through the Court's CM/ECF System.

Richard C. Gordon, Esq.
697 Blue Hills Avenue
Hartford, CT   06112

Terrence M. O'Neill, Esq.
Assistant Attorney General
State of Connecticut
100 Sherman Street
Hartford, CT   06105

/s/ Jonathan H. Beamon
Jonathan H. Beamon
