UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2012 FEB 21  P 4:00

| | |
|---|---|
| Sandra Elliott, individually and as the Administratrix of the Estate of Asher Tamara Glace <br><br> **Plaintiffs** <br><br> vs. <br><br> City of Hartford Police Department, et al <br><br> **Defendants** | CIVIL ACTION NO.: <br> 309-cv-00948 (AWT) <br><br> February 21, 2012 <br><br> MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTION TO QUASH SUBPOENAS AND MOTION TO TAKE LEAVE TO AMEND COMPLAINT |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTIONS TO QUASH SUBPOENS AND MOTION TO TAKE LEAVE TO AMEND COMPLAINT

**COMES NOW THE PLAINTIFFS** by and through their attorney, Richard C. Gordon take leave of court, moves the court and say:

1. On February 2012, the parties to the above entitled action appeared before the Honorable Alvin Thompson for a status conference.

2. At that time, the court ordered the Plaintiffs to respond to the Defendants' motion to quash subpoenas.

3. The court also ordered the Plaintiffs to file a brief as to why the court should grant their application for leave to file an amended complaint.

4. Counsel represents to the court that both motions were completed at 1:00 p.m. on February 21, 2012.

1

5. That soon after 1:00 p.m. Plaintiffs' counsel's computer crashed resulting in the loss of all data therein contained.

6. That after many futile attempts to retrieve the lost data, Plaintiffs' counsel contacted various computer consultants in an attempt to retrieve the lost data.

7. That all attempts to retrieve the lost data have been in vain.

8. That at around 2:00 p.m., Plaintiffs' counsel contacted the Defendants in an attempt to garner their consent to continue the time to respond to their motion to quash, as well as, to file their application take leave to amend their complaint.

9. That as of 3:10 p.m., Plaintiffs' counsel has not heard from either counsel for the Defendants.

10. On information and belief, Mr. Beamon will be on vacation until February 22, 2012, and Mr. O'Neill is on trial until the first week of March.

11. That under the circumstances, the undersigned counsel believes the Defendants will not be prejudiced by this request for an extension of time to Friday, February 24, 2012.

WHEREFORE, for good cause shown, the Plaintiffs respectfully move this court to grant their motion for an extension of time to Friday, February 24, 2012.

_____
Richard C. Gordon, Esq.,
Counsel for Plaintiffs, Fed Juris #27288
697 Blue Hills Avenue
Hartford, CT 06112
(860) 534-0547
(860) 656-6889 FAX
Email: Therichard_06002@yahoo.com

2/21/2012
Dated

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Sandra Elliott, individually and as the Administratrix of the Estate of Asher Tamara Glace : : : : **Plaintiffs** : : vs. : : City of Hartford Police Department, et al : : : : : **Defendants** : : : | **CIVIL ACTION NO.:** **309-cv-00948 (AWT)** **February 21, 2012** **ORDER** |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MOTIONS TO QUASH SUBPOENS AND MOTION TO TAKE LEAVE TO AMEND COMPLAINT

**IT IS HEREBY ORDERED** that Plaintiffs' motion for an extension of time to complete respond to the Defendants' motions to quash subpoenas, as well as Plaintiffs' application to take leave to file and amended complaint is hereby granted_____, denied _____, and Plaintiffs' requests are granted to Friday, February 24, 2012. to June 30, 2012, and for the time to comply with other discovery items to be also enlarged in accordance with the June 30, 2012 date.

Dated                                                                                  Hon. Alvin Thompson, U.S.D.J.

3

## CERTIFICATION

This is to certify that on February 21, 2012 a copy of the foregoing motion was filed with the clerk of court and copies were e-mailed to the Defendants.

/S/ Richard C. Gordon, Esq.,
Counsel for Plaintiffs, Fed Juris #27288
697 Blue Hills Avenue
Hartford, CT 06112
(860) 534-0547
(860) 656-6889 FAX
Email: Therichard_06002@yahoo.com

2/21/2012
Dated