# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SANDRA ELLIOTT, ADMINISTRATOR | : | CIVIL ACTION NO.3:09CV948 (AWT) |
| | : | |
| v. | : | |
| | : | |
| CITY OF HARTFORD POLICE | : | |
| DEPARTMENT, ET AL. | : | MARCH 8, 2012 |

## MOTION FOR ENLARGEMENT OF TIME, *Nunc Pro Tunc*

Now come the State defendants and respectfully request an enlargement of time, *nunc pro tunc*, in which to file a Reply to the Plaintiff's Objection to the Defendants' Motion to Quash and Protective Order.  In addition to undersigned counsel's ongoing litigation in federal and state court, counsel has been attempting to deal with a family member's serious medical issue. Although undersigned counsel continued to work on matters related to this litigation, she was unable to timely produce a Reply to the Plaintiff's Objection to the Defendants' Motion to Quash and Protective Order.

Attorney Gordon was contacted and is not opposed to the State's Motion for an Enlargement of Time.  Therefore, undersigned counsel respectfully requests an extension of the time, until today March 8, 2012, for the State defendants to respond to the Plaintiff's Objection to the Defendants' Motion to Quash and Protective Order.

Respectfully submitted by,

          DEFENDANTS
          STATE OF CONNECTICUT
          OFFICE OF THE STATE'S ATTORNEY

          GEORGE JEPSEN
          ATTORNEY GENERAL


BY:_____/s/_____
    Zenobia Graham-Days
    Assistant Attorney General
    Federal Bar No. ct28802
    110 Sherman Street
    Hartford, CT 06105
    Telephone No.:  (860) 808-5450
    Fax No. (860) 808-5591
    Email:  zenobia.graham-days@ct.gov


## CERTIFICATION

  I hereby certify that on March 8, 2012 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


        _____/s/_____
        Zenobia Graham-Days
        Assistant Attorney General