UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SANDRA ELLIOTT, ADMINISTRATOR : CIVIL ACTION NO.3:09CV948 (AWT)
:
v. :
:
CITY OF HARTFORD POLICE :
DEPARTMENT, ET AL. : September 4, 2012

## FINAL SCHEDULING ORDER

The following draft scheduling order is submitted pursuant to discussions with the court's parajudicial officer, James R. Hawkins II, Esq., Attorney Jonathon H. Beamon, counsel for the municipal defendants, Assistant Attorney General Zenobia Graham-Days and the undersigned, at a status conference held on August 16, 2012. It should be noted that plaintiff's counsel did not attend the conference but has subsequently indicated his objection to the proposed final scheduling order.

At the conference, Mr. Hawkins and defendants' counsel agreed that:

1. All discovery shall be completed by September 30, 2012.

2. The defendants shall file motions for summary judgment by October 31, 2012.

3. The plaintiff shall file any objections to the motions for summary judgment by November 30, 2012.

4. The defendants may file any reply memoranda in support of their motions for summary judgment by December 14, 2012.

**It was also agreed that no further extensions shall be allowed absent extraordinary circumstances.**

1

DEFENDANT:
STATE OF CONNECTICUT
OFFICE OF THE STATE'S ATTORNEY

GEORGE JEPSEN
ATTORNEY GENERAL

BY:   /s/ Terrence M. O'Neill
Terrence M. O'Neill
Assistant Attorney General
Federal Bar No. ct10835
110 Sherman Street
Hartford, CT  06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
terrence.oneill@ct.gov

## CERTIFICATION

I hereby certify that on September 4, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Terrence M. O'Neill
Terrence M. O'Neill
Assistant Attorney General
Federal Bar No. ct10835
110 Sherman Street
Hartford, CT  06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
terrence.oneill@ct.gov

2